**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIANE E. MALESKI,**

      **Plaintiff,**

**-vs-**                                **Case No. 6:04-cv-1866-Orl-28KRS**

**KB HOME ORLANDO, LLC,**

      **Defendant.**

_____

**ORDER**

This case is before the Court on Defendant's Unopposed Motion to Dismiss or to Stay Proceedings Pending Arbitration (Doc. 9, filed April 29, 2005). The Court hereby **DISMISSES this case without prejudice**. All pending motions are denied as moot. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of May, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party